UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80024-CIV-CANNON/Reinhart

**DANIEL LUGO**,

    Plaintiff,
v.

**SEAHORSE GUESTHOUSE, LLC**,

    Defendant.
_____/

## ORDER STAYING CASE

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. On March 27, 2023, the Supreme Court granted certiorari in *Acheson Hotels, LLC v. Deborah Laufer*, agreeing to consider whether "a self-appointed Americans with Disabilities Act 'tester' has Article III standing to challenge a place of public accommodation's failure to provide disability accessibility information on its website, even if she lacks any intention of visiting that place of public accommodation." Petition for Writ of Certiorari, *Acheson Hotels, LLC v. Deborah Laufer*, No. 22-429, 2022 WL 16838117 (Nov. 4, 2022). As resolution of that issue may bear on fundamental questions of Article III standing in this case, and in the interest of conserving judicial and party resources, the Court hereby exercises its broad discretion to stay this matter pending the Supreme Court's decision in *Acheson*. *See generally Clinton v. Jones*, 520 U.S. 681, 706 (1997); *Johnson v. Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001); *CTI-Container Leasing Corp. v. Uiterwyk Corp.*, 685 F.2d 1284, 1288 (11th Cir. 1982).

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. This case is **STAYED** pending the Supreme Court's decision in *Acheson Hotels, LLC v. Deborah Laufer*, No. 22-429, 2023 WL 2634524 (Mar. 27, 2023).

CASE NO. 23-80024-CIV-CANNON/Reinhart

2. The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case for statistical purposes only, without prejudice to the substantive rights of any of the parties.

3. Within fourteen days (14) days of the Supreme Court's decision in *Acheson Hotels*, the parties shall submit a Joint Status Report indicating their respective positions on the impact, if any, of the Supreme Court's decision on this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 31st day of March 2023.

AILEEN M. CANNON
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record