UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80024-CIV-CANNON/Reinhart

**DANIEL LUGO**,

    Plaintiff,

v.

**SEAHORSE GUESTHOUSE, LLC**,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the parties' Stipulation of Dismissal Without Prejudice [ECF No. 17], filed on May 2, 2023.  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing."  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012); Fed. R. Civ. P. 41(a)(1)(A)(ii).  As such, this case is **DISMISSED WITHOUT PREJUDICE**, effective May 2, 2023, the date on which the parties filed their Stipulation of Dismissal [ECF No. 17].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 2nd day of May 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record